# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2434
LT Case No. 05-2023-CF-000503-A

_____

JOSEPH MICHAEL BOULE, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Joseph Michael Boule, Jr., Malone, pro se.

No Appearance for Appellee.

November 25, 2025

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____